IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYLER GAINES, ) | |
| ) | |
| Plaintiff, on behalf of himself ) | |
| and others similarly situated, ) | |
| ) | |
| vs. ) | Case No. CIV-15-414-C |
| ) | |
| MIDWEST SPORTING GOODS ) | |
| DISTRIBUTORS, INC.; MIDWEST ) | |
| RACQUETBALL AND SPORTING ) | |
| GOOD DISTRIBUTORS, INC.; and ) | |
| JOHN H. LASSITER, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT OF DISMISSAL

Upon consideration of the pleadings herein, and the Court's accompanying Order of Dismissal,

IT IS ORDERED, ADJUDGED, AND DECREED that the FLSA claim is hereby dismissed with prejudice. The state law-based claims are hereby dismissed without prejudice.

DATED this 20th day of April, 2016.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge